IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL THOMAS GATENA,
  PLAINTIFF,

  *v.*

WARDEN, FCI ATLANTA,
  DEFENDANT.

Civil Action No.

1:25-cv-2668-TRJ-AWH

## **NOTICE OF ENTRY OF APPEARANCE**

Assistant United States Attorney Rodney H. Atreopersaud herein files

notice of his appearance in the above-styled case, and respectfully requests that

he be entered as attorney of record for the Defendant Warden, FCI Atlanta.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/Rodney H. Atreopersaud
 *Assistant United States Attorney*
Georgia Bar No. 309454
Rodney.Atreopersaud@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the documents to which this certificate is attached have been

prepared with one of the font and point selections approved by the Court in

Local Rule 5.1B for documents prepared by computer.


/s/<u>Rodney H. Atreopersaud</u>
*Assistant United States Attorney*

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and by mailing a copy with sufficient postage to:

Michael Thomas Gatena
ID No. 09546-029
FCI Atlanta
P.O. Box 150160
Atlanta, GA 30315

*August 28, 2025*

/s/ RODNEY H. ATREOPERSAUD
RODNEY H. ATREOPERSAUD
*Assistant United States Attorney*