# EXHIBIT A

# (Declaration of A. McCall Young & Exhibits Referenced Therein)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL THOMAS GATENA,

        Petitioner,

      v.

WARDEN, FCI ATLANTA,

        Respondent.

CIVIL ACTION NO. 2:25-cv-2668

## DECLARATION OF A. MCCALL YOUNG

    I, A. McCall Young, under penalty of perjury pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration concerning the above-entitled matter:

1.    I am employed as an Attorney Advisor by the Federal Bureau of Prisons at the Southeast Regional Office, located in Atlanta, Georgia. I have been employed by the Federal Bureau of Prisons since September 2020.

2.    As part of my duties, I have access to official BOP records, including records contained in the SENTRY[1] database relating to many aspects of an inmate's confinement. All records attached hereto are accurate copies of official BOP records maintained in the ordinary course of business.

3.    Petitioner, Michael Thomas Gatena, Federal Register number 09546-029, is a Bureau of Prisons (BOP) inmate currently residing at FCI Atlanta in Atlanta, Georgia. *See* Attach. 1, Public Information Inmate Data at 1.[2] Petitioner was convicted in the United States District Court for the Northern District of Iowa for Conspiracy to Manufacture 50 Grams or More of Methamphetamine (Actual) Within 1,000 Feet of a Protected Location While on Pretrial Release in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, 860(a), and 18 U.S.C. § 3147(1); Attempting to Manufacture 50 Grams or More of Methamphetamine (Actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, and 18 U.S.C. § 2; Attempting to Manufacture 5 Grams or More of Methamphetamine (Actual) Within 1,000 Feet of a Protected Location in violation of 21 U.S.C. §§

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

[2] ATL is the facility code for FCI Atlanta.

841(a)(1), 841(b)(1)(B), 846, 860(a), and 18 U.S.C. § 2; and Attempting to Manufacture 5 Grams or More of Methamphetamine (Actual) Within 1,000 Feet of a Protected Location While on Pretrial Release in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, 860(a), and 18 U.S.C. §§ 2 and 3147(1). *See id.* at 2-3. Petitioner is serving an aggregated sentence of 410 months imprisonment followed by 10 years of supervision. *See id.* at 4.

4.    On July 31, 2024, Petitioner was issued incident report (IR) 3973512 for a violation of codes 203 – Threatening Bodily Harm; 312 – Being Insolent to Staff Member; and 307 – Refusing to Obey an Order for an incident involving an altercation with a UDC Chairman. *See* Attach. 2, Incident Report 3973512. After proceeding through the disciplinary process, Petitioner was ultimately sanctioned with a loss of privileges, as well as a disallowance of 27 days of good conduct time (GCT). *See* Attach. 3, Sentence Monitoring Good Time Data, dated July 25, 2025.

5.    I have reviewed the SENTRY records for inmate Michael Thomas Gatena, Federal Register number 09546-029. I have also reviewed the allegations made in the Petition.

6.    Petitioner has failed to exhaust his available administrative remedies concerning the issues raised in his Petition.

7.    The BOP administrative remedy procedure is codified in 28 C.F.R. § 542.10 *et seq.* and provides for the formal review of any complaint which relates to any aspect of the inmate's confinement. Under this process, inmates must generally first attempt informal resolution of their complaints by discussing the matter with a member of their Unit Team. *See* 28 C.F.R. § 542.13. A record of that attempt is usually signed by the inmate and a member of the Unit Team. If informal resolution is insufficient to resolve the matter, the inmate may file a formal complaint with the Warden (BP-9). *See* 28 C.F.R. § 542.14. If the inmate is not satisfied with the Warden's response, he or she may appeal the response to the Regional Director (BP-10). *See* 28 C.F.R. § 542.15. If the inmate is dissatisfied with the Regional Director's response, he or she may file a national appeal with the Office of General Counsel in Washington, D.C. (BP-11). *See* 28 C.F.R. § 542.15. Appeal to the Office of General Counsel is the final administrative remedy appeal in the BOP.

8.    A remedy request or appeal may be rejected at any level. 28 C.F.R. § 542.17(a). "When a submission is rejected, the inmate shall be provided a written notice . . . explaining the reason for rejection. If the defect on which the rejection is based is correctable, the notice shall inform the inmate of a reasonable time extension within which to correct the defect and resubmit the Request or Appeal." 28 C.F.R. § 542.17(b).

9.    An inmate has not exhausted his administrative remedies until he has properly and timely sought review at all three formal levels, as described in Paragraph 7. *See* 28 C.F.R. § 542.15(b)(2). DHO appeals are an exception, however, as there is no requirement that an initial filing be made at the inmate's institution; rather, "DHO appeals shall be

submitted initially to the Regional Director for the region where the inmate is currently located." P.S. 1330.18, Administrative Remedy Program at 6.[3]

10.    Since July 1990, the Bureau has maintained information related to administrative complaints filed by inmates under the Bureau Administrative Remedy Program in SENTRY. One of the many functions of the SENTRY database is to track administrative remedy complaints and appeals. It allows computerized searching of complaints and appeals filed by a specific inmate, and it is used to track this information across all Bureau facilities.

11.    Each formal complaint (*i.e.*, BP-9, BP-10, and BP-11) is logged into SENTRY at the receiving location. If the complaint is an initial filing, it receives a unique Remedy ID Number upon initial entry, which follows the complaint throughout the appeal process. Each Remedy ID Number also contains an extender that identifies the level of review. The extension F1 indicates the complaint was filed at the institution level (BP-9). The extension R1 indicates the complaint or appeal was filed at the regional level (BP-10). The extension A1 indicates the appeal was filed at the national level (BP-11). The number at the end of the extension may change if the remedy or appeal is initially rejected and is then re-filed due to a technical problem, such as improper form, failing to include documentation, or improper filing at that level.

12.    I have reviewed the SENTRY information identifying the number and types of administrative remedies filed by Petitioner. The SENTRY records show that Petitioner filed one remedy related to his DHO appeal of IR 3973512.

13.    The administrative remedy coordinator for the region marked remedy 1209748-R1 (BP-10) as received on August 19, 2024. *See* Attach. 4, Administrative Remedy Generalized Retrieval at 12. In his BP-10, Petitioner appealed the DHO's determination of guilt and consequent sanctions for IR 3973512. *See id.* This remedy was rejected, as the DHO report had not yet been completed and attached to the appeal. *See id.* The remedy coordinator remarked on the rejection notice "DHO HEARING 8-6-24 YOU HAVE NOT RECEIVES (sic) DHO REPORT. YOU MAY APPEAL WITHIN 20 DAYS AFTER RECEIVE REPORT. ONLY ONE 8.5X11 CONT PAGE ALLOWED TEXT FRONT ONLY." *Id.*

14.    Petitioner was delivered a copy of the DHO report for IR 3973512 on May 1, 2025. *See* Attach. 5, DHO Report at 4. After receiving a copy of the report, Petitioner never attempted to refile his BP-10 appeal of IR 3973512. *See* Attach. 4. Rather, he instead filed the instant petition on May 12, 2025, claiming "No written report of the DHO reasons for imposing the sanctions was ever served," despite having been given a written copy of his DHO report on May 1, 2025. *See* Doc. 1-1 at 1.

15.    Because Petitioner failed to timely resubmit his grievance at the regional and national levels upon receiving a copy of his DHO report for IR 3973512, pursuant to Bureau

---

[3] https://www.bop.gov/policy/progstat/1330_018.pdf (last accessed July 25, 2025).

policy and the Code of Federal Regulations, he has not properly exhausted his claims. *See* C.F.R. § 542.15(b)(2).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August 2025 in Atlanta, Georgia.

**ALI YOUNG** Digitally signed by ALI YOUNG
Date: 2025.08.25 15:39:47
-04'00'

A. McCall Young
Attorney Advisor
Federal Bureau of Prisons
Southeast Regional Office

**Enclosures**

Attachment 1: Public Information Inmate Data
Attachment 2: Incident Report 3973512
Attachment 3: Sentence Monitoring Good Time Data, dated July 25, 2025
Attachment 4: Administrative Remedy Generalized Retrieval
Attachment 5: DHO Report

```
   SERAT          *        PUBLIC INFORMATION        *      07-22-2025
PAGE 001          *           INMATE DATA            *      10:43:52
                             AS OF 07-22-2025


REGNO..: 09546-029 NAME: GATENA, MICHAEL THOMAS


                   RESP OF: ATL
                   PHONE..: 404-635-5100    FAX: 404-331-2403
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  █
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 08-29-2034                     PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERAT          *         PUBLIC INFORMATION       *      07-22-2025
 PAGE 002         *            INMATE DATA           *      10:43:52
                           AS OF 07-22-2025
```

REGNO..: 09546-029 NAME: GATENA, MICHAEL THOMAS

```
                    RESP OF: ATL
                    PHONE..: 404-635-5100    FAX: 404-331-2403
 FSA ELIGIBILITY STATUS IS: ELIGIBLE
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-28-2033

FINAL STATUTORY RELEASE FOR INMATE.: 08-29-2034 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 08-29-2033 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: IOWA, NORTHERN DISTRICT
DOCKET NUMBER...................: CR 05-1021-1-LRR
JUDGE...........................: READE
DATE SENTENCED/PROBATION IMPOSED: 01-03-2007
DATE COMMITTED..................: 03-07-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

|  | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $400.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21 USC 841(A)(1),841(B)(1)(A),846 & 860(A) & 18 USC 3147(1)
         CONSP TO MANUF METH W/I 1,000 FT PROT LOC;21 USC 841(A)(1),841
         841(B)(1)(A) & 846 & 18 USC 2 ATTMPT TO MANUF METH;21 USC 841
         (A)(1),841(B)(1)(B),846 &860(A)&18 USC 2 ATTMPT TO MANUF METH.

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  420 MONTHS
 TERM OF SUPERVISION............:   10 YEARS
 NEW SENTENCE IMPOSED...........:  410 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 11-18-2004
```

G0002      MORE PAGES TO FOLLOW . . .

```
  SERAT           *              PUBLIC INFORMATION              *       07-22-2025
PAGE 003          *                 INMATE DATA                  *       10:43:52
                                  AS OF 07-22-2025

REGNO..: 09546-029 NAME: GATENA, MICHAEL THOMAS

                        RESP OF: ATL
                        PHONE..: 404-635-5100    FAX: 404-331-2403


------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21 USC 841(A)(1),841(B)(1)(A),846 & 860(A) & 18 USC 3147(1)
         CONSP TO MANUF 50 GMS OR MORE OF METH(ACTUAL) W/I 1,000 FT
         OF A PROTECTED LOCATION WHILE ON PRETRIAL RELEASE (CT 1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    25 MONTHS
 TERM OF SUPERVISION............:    10 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBLIG 010
 DATE OF OFFENSE................: 11-18-2004

------------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....:  383    21:841 SCH II NON-NARCOTIC

OFF/CHG: 21 USC 841(A)(1),841(B)(1)(B),846 & 860(A) & 18 USC 2; &
         18 USC 3147(1) ATTEMPTING TO MANUF 5 GMS OR MORE OF METH W/I
         1,000 FEET OF A PROTECTED LOCATION WHILE ON PRETRIAL RELEASE.
         (CT 5).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    25 MONTHS
 TERM OF SUPERVISION............:    10 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBLIG 020
 DATE OF OFFENSE................: 06-05-2005




G0002       MORE PAGES TO FOLLOW . . .
```

```
 SERAT          *          PUBLIC INFORMATION          *      07-22-2025
PAGE 004        *             INMATE DATA              *      10:43:52
                           AS OF 07-22-2025


REGNO..: 09546-029 NAME: GATENA, MICHAEL THOMAS


                      RESP OF: ATL
                      PHONE..: 404-635-5100   FAX: 404-331-2403
-----------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 07-01-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-07-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

DATE COMPUTATION BEGAN..........: 01-03-2007
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   410 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    34 YEARS      2 MONTHS
AGGREGATED TERM OF SUPERVISION..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 11-18-2004

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    11-18-2004     11-22-2004
                                    01-14-2005     01-20-2005
                                    05-23-2005     05-23-2005
                                    06-07-2005     01-02-2007

TOTAL PRIOR CREDIT TIME.........: 588
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1789
TOTAL GCT EARNED................: 1039
STATUTORY RELEASE DATE PROJECTED: 08-29-2034
ELDERLY OFFENDER TWO THIRDS DATE: 03-04-2028
EXPIRATION FULL TERM DATE.......: 07-23-2039
TIME SERVED.....................:    20 YEARS      1 MONTHS     28 DAYS
PERCENTAGE OF FULL TERM SERVED..:  59.0
PERCENT OF STATUTORY TERM SERVED:  68.8




G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERAT          *           PUBLIC INFORMATION          *        07-22-2025
PAGE 005 OF 005 *               INMATE DATA               *        10:43:52
                             AS OF 07-22-2025


REGNO..: 09546-029 NAME: GATENA, MICHAEL THOMAS


                      RESP OF: ATL
                      PHONE..: 404-635-5100    FAX: 404-331-2403


PROJECTED SATISFACTION DATE.....: 08-29-2033
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365
```

```
S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```



| BP-A0288 | **INCIDENT REPORT** |
| --- | --- |
| Dept. of Justice / Federal Bureau of Prisons | |

### Part I - Incident Report

| 1. Institution:    **THOMSON FCI** | | Incident Report Number: **3973512** | |
| --- | --- | --- | --- |
| 2. Inmate's Name<br>**GATENA, MICHAEL** | 3. Register Number<br>**09546-029** | 4. Date of Incident<br>**07-31-2024** | 5. Time<br>**1020 hrs** |
| 6. Place of Incident<br>**Camp Unit Team Area** | 7. Assignment<br>**C-LAND** | 8. Unit<br>**8 SCP** | |

| 9. Incident<br>**203 -- THREATENING BODILY HARM. 312 -- BEING INSOLENT TO STAFF MEMBER. 307 -- REFUSING TO OBEY AN ORDER.** | 10. Prohibited Act Code(s)<br>**203 307 312** |
| --- | --- |

11. Description Of Incident
(Date: **07-31-2024**    Time: **1020 hrs**    staff became aware of incident)

On 07/31/2024 at approximately 1020 AM in the unit team area of the camp inmate GATENA, MICHAEL, Reg. No. 09546-029 was called into the office to conduct his UDC hearing for incident report 3972861. I Counselor Schmidt, handed inmate Gatena his incident report and asked him if he wanted to make any statements. Inmate Gatena made his statement about the incident report. I explained to inmate Gatena that he would be receiving 45 days loss of phone. Inmate Gatena looked at me and said "No" and shook his head. I then told inmate Gatena to leave the office and inmate Gatena refused and stepping towards the desk in an aggressive posture with a closed fist. He said "I got you fucker". I stood up and told inmate Gatena to "get out of my office" Inmate Gatena refused to move and said "No". I then escorted Gatena out of my office. Gatena was screaming and shouting "Fuck you and this is so fucked up" the whole way out of the unit team area. Sodergren then finished escorting inmate Gatena out of the unit team area. Lt. Dukett was called and Gatena was taken to the FCI to the Lieutenants Office. Inmate Gatena, M. Reg. No. 09546-029, was identified by his inmate ID and Bed Book.

| 12. Typed Name/Signature of Reporting Employee<br>**Brian Schmidt** | 13. Date And Time<br>**07-31-2024 1025 hrs** | |
| --- | --- | --- |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature)<br>**C. WILLIAMS** | 15. Date Report Delivered<br>**07-31-2024** | 16. Time Report Delivered<br>**1715 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                      Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **GATENA, MICHAEL** | **09546-029** | **3973512** |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

**"I did not threaten him, I said I wanted to appeal the sanction for the other incident report. I wouldn't say something threatening to a staff member. I asked for a LT. because I felt I was being treated unfairly."**
**Inmate Gatena also provided a written statement with this verbal statement which has been attached in the documents.**

18. A. It is the finding of the committee that you:

_ Committed the Prohibited Act as charged.

— Did not commit a Prohibited Act.

— Committed Prohibited Act Code(s)

B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

**Refer to DHO due to severity of the offense**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

**Because of the alleged violations is serious and warrants for sanctions other than those available to the UDC, the incident report is being referred to the DHO**

21. Date And Time Of Action   **08-02-2024 1210 hrs**     (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**K. Avery**                                      **K. Avery**

---
Chairman (Typed Name/Signature)      Member (Typed Name)             Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **GATENA, MICHAEL** | **09546-029** | **3973512** |

| Part III - Investigation | 22. Date & Time Investigation Began |
|---|---|
| | **07-31-2024 1715 hrs** |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By   **C. WILLIAMS**

At (Date/time)  **07-31-2024 1717 hrs**

24. Inmate statement and attitude

**Inmate Gatena, Michael, Reg. No. 09546-029 was advised of his rights, and was given a copy of this incident report.**
**Inmate Gatena stated,  This is not true at all.  I only asked him, how do I appeal it, and that I would like to speak to a Lieutenant  for his statement regarding the incident.**
**Inmate Gatena displayed a cooperative attitude during the delivery of the incident report.**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Inmate Gatena was advised of his rights.**
**Inmate Gatena did acknowledge he knew his rights.**
**Inmate Gatena was provided a copy of the Incident Report on the date and time above.**
**Inmate Gatena did not provide written documentation for his defense against this.**
**Inmate Gatena did not request a witness pertaining to this incident report.**
**Inmate Gatena did not request for video of this incident to be reviewed.**

26. Investigator's comments and conclusions

**Based on the facts stated in the body of the incident report, I find this report considered to be written correctly; however, the charge of,  Threatening Bodily Harm is not reflected inside of Section 11. But the charges of "Being insolent to staff member and Being unsanitary or untidy,  Prohibited Act Codes 203, 312 most like 330 are valid.**

27. Action taken

**Incident Report referred to UDC.**
**Investigation/evidence does not support charge of Code 203 but does support Codes 307 and 312.**
**Inmate remains in the Special Housing Unit.**

Date and Time Investigation Completed:  **07-31-2024 1722 hrs**

Printed Name/Signature Of Investigator:  **C.WILLIAMS**

Investigator Title:  **LIEUTENANT**

```
SERAT  542*22 *              SENTENCE MONITORING              *       07-25-2025
PAGE 001          *            GOOD TIME DATA                 *       16:21:57
                              AS OF  07-25-2025


REGNO...: 09546-029   NAME: GATENA, MICHAEL THOMAS
ARS 1...: ATL A-DES                                          PLRA
COMPUTATION NUMBER..: 010                        PRT   ACT DT:
LAST UPDATED:  DATE.: 07-01-2025        FACL..: DSC      CALC: AUTOMATIC
UNIT................: 1 GP              QUARTERS............: A04-400L
DATE COMP BEGINS....: 01-03-2007        COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 588               TOTAL INOP TIME.....: 0
CURRENT REL DT......: 09-17-2036 WED    EXPIRES FULL TERM DT: 07-23-2039
PROJ SATISFACT DT...: 08-29-2033 MON    PROJ SATISF METHOD..: FSA REL
ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                   DEPORT ORDER DATED..:
```

------------------------GOOD CONDUCT TIME AMOUNTS-------------------------

| START DATE | STOP DATE | MAX DIS | POSSIBLE TO FFT | ACTUAL TOTALS DIS | FFT | VESTED AMOUNT | VESTED DATE |
|---|---|---|---|---|---|---|---|
| 05-25-2005 | 05-24-2006 | 54 | 54 | | | | |
| 05-25-2006 | 05-24-2007 | 54 | 108 | | | | |
| 05-25-2007 | 05-24-2008 | 54 | 162 | | | | |
| 05-25-2008 | 05-24-2009 | 54 | 216 | | | | |
| 05-25-2009 | 05-24-2010 | 54 | 270 | | | | |
| 05-25-2010 | 05-24-2011 | 54 | 324 | | | | |
| 05-25-2011 | 05-24-2012 | 54 | 378 | | | | |
| 05-25-2012 | 05-24-2013 | 54 | 432 | | | | |
| 05-25-2013 | 05-24-2014 | 54 | 486 | | | | |
| 05-25-2014 | 05-24-2015 | 54 | 540 | | | | |
| 05-25-2015 | 05-24-2016 | 54 | 580 | 14 | | | |
| 05-25-2016 | 05-24-2017 | 54 | 634 | | | | |
| 05-25-2017 | 05-24-2018 | 54 | 688 | | | | |
| 05-25-2018 | 05-24-2019 | 54 | 742 | | | | |
| 05-25-2019 | 05-24-2020 | 54 | 796 | | | | |
| 05-25-2020 | 05-24-2021 | 54 | 850 | | | | |
| 05-25-2021 | 05-24-2022 | 54 | 904 | | | | |
| 05-25-2022 | 05-24-2023 | 54 | 958 | | | | |
| 05-25-2023 | 05-24-2024 | 54 | 1012 | | | | |
| 05-25-2024 | 05-24-2025 | 54 | 1039 | 27 | | | |
| 05-25-2025 | 05-24-2026 | 54 | | 14 | | | |
| 05-25-2026 | 05-24-2027 | 54 | | | | | |
| 05-25-2027 | 05-24-2028 | 54 | | | | | |
| 05-25-2028 | 05-24-2029 | 54 | | | | | |
| 05-25-2029 | 05-24-2030 | 54 | | | | | |
| 05-25-2030 | 05-24-2031 | 54 | | | | | |
| 05-25-2031 | 05-24-2032 | 54 | | | | | |
| 05-25-2032 | 05-24-2033 | 54 | | | | | |
| 05-25-2033 | 05-24-2034 | 54 | | | | | |
| 05-25-2034 | 05-24-2035 | 54 | | | | | |
| 05-25-2035 | 05-24-2036 | 54 | | | | | |
| 05-25-2036 | 05-24-2037 | 54 | | | | | |

G0002        MORE PAGES TO FOLLOW . . .

```
   SERAT  542*22 *           SENTENCE MONITORING            *     07-25-2025
 PAGE 002 OF 002 *             GOOD TIME DATA               *     16:21:57
                            AS OF  07-25-2025


REGNO...: 09546-029   NAME: GATENA, MICHAEL THOMAS
ARS 1...: ATL A-DES                               PLRA
COMPUTATION NUMBER..: 010                    PRT   ACT DT:
LAST UPDATED:  DATE.: 07-01-2025        FACL..: DSC     CALC: AUTOMATIC


-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------


   START        STOP      MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE         DATE      DIS  FFT           DIS    FFT       AMOUNT    DATE
 05-25-2037  05-24-2038    54
 05-25-2038  05-24-2039    54
 05-25-2039  07-23-2039     8


      TOTAL EARNED AMOUNT.........................................:   1039
      TOTAL EARNED AND PROJECTED AMOUNT...........................:   1789
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   SERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-25-2025
PAGE 001 OF                                                          16:28:08
     FUNCTION: L-P SCOPE: REG   EQ 09546-029    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___    ___    ___    ___    ___    ___
         TYPE: ___    ___    ___    ___    ___    ___
EVNT FACL: EQ _____    _____    _____    _____    _____    _____
RCV FACL.: EQ _____    _____    _____    _____    _____    _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____    _____    _____    _____    _____    _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
   SERAT           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 002 OF         *               FULL SCREEN FORMAT           *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: LVN
REMEDY ID: 661546-F1      SUB1: 26AM SUB2:      DATE RCV:   10-21-2011
UNT  RCV..:BU            QTR RCV.: B08-464L     FACL RCV: LVN
UNT  ORG..:BU            QTR ORG.: B08-464L     FACL ORG: LVN
EVT FACL.: LVN    ACC LEV:  LVN  1                RESP DUE:  THU  11-10-2011
ABSTRACT.: REQ RT HAND FIXED, KEEPS SWELLING, CANNOT GET FIXED
STATUS DT: 10-24-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT:   DATE ENTD: 10-21-2011
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: LVN
REMEDY ID: 895074-F1      SUB1: 34ZM SUB2:      DATE RCV:   03-15-2017
UNT  RCV..:BU            QTR RCV.: B08-432L     FACL RCV: LVN
UNT  ORG..:BU            QTR ORG.: B08-432L     FACL ORG: LVN
EVT FACL.: LVN    ACC LEV:  LVN  1 NCR  1         RESP DUE:  TUE  04-04-2017
ABSTRACT.: COMPLAINT ABOUT LOSS OF PRIVILEGES
STATUS DT: 03-16-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-15-2017
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERAT        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 003 OF      *              FULL SCREEN FORMAT            *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: NCR
REMEDY ID: 895074-R1      SUB1: 34ZM SUB2:    DATE RCV:   03-24-2017
UNT  RCV..:BU             QTR RCV.: B07-401L   FACL RCV: LVN
UNT  ORG..:BU             QTR ORG.: B08-432L   FACL ORG: LVN
EVT FACL.: LVN    ACC LEV: LVN  1 NCR  1          RESP DUE:  TUE  05-23-2017
ABSTRACT.: COMPLAINT ABOUT LOSS OF PRIVILEGES
STATUS DT: 05-01-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-24-2017
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: HAF
REMEDY ID: 951592-F1      SUB1: 25EM SUB2:    DATE RCV:   08-28-2018
UNT  RCV..:L1             QTR RCV.: L02-201L   FACL RCV: HAF
UNT  ORG..:L1             QTR ORG.: L02-201L   FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                      RESP DUE:
ABSTRACT.: COMMISSARY RESTRICTION
STATUS DT: 08-28-2018  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-28-2018
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   SERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 004 OF        *              FULL SCREEN FORMAT              *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: HAF
REMEDY ID: 951594-F1      SUB1: 25ZM SUB2:      DATE RCV:   08-28-2018
UNT  RCV..:L1            QTR RCV.: L02-201L      FACL RCV: HAF
UNT  ORG..:L1            QTR ORG.: L02-201L      FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                         RESP DUE:
ABSTRACT.: LOCKDOWN COMPLAINT
STATUS DT: 08-28-2018  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-28-2018
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: HAF
REMEDY ID: 951595-F1      SUB1: 25ZM SUB2:      DATE RCV:   08-28-2018
UNT  RCV..:L1            QTR RCV.: L02-201L      FACL RCV: HAF
UNT  ORG..:L1            QTR ORG.: L02-201L      FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                         RESP DUE:
ABSTRACT.: LOCKDOWN COMPLAINT
STATUS DT: 08-28-2018  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-28-2018
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   SERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 005 OF          *               FULL SCREEN FORMAT            *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                  QTR.: A04-400L   RCV OFC: HAF
REMEDY ID: 954741-F1      SUB1: 25EM SUB2:        DATE RCV:   09-26-2018
UNT  RCV..:L1             QTR RCV.: L02-201L      FACL RCV: HAF
UNT  ORG..:L1             QTR ORG.: L02-201L      FACL ORG: HAF
EVT FACL.: HAF    ACC LEV: HAF  1 MXR  1          RESP DUE:  TUE  10-16-2018
ABSTRACT.: COMMISSARY SPENDING LIMIT
STATUS DT: 10-05-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-26-2018
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                  QTR.: A04-400L   RCV OFC: HAF
REMEDY ID: 954743-F1      SUB1: 25CM SUB2:        DATE RCV:   09-26-2018
UNT  RCV..:L1             QTR RCV.: L02-201L      FACL RCV: HAF
UNT  ORG..:L1             QTR ORG.: L02-201L      FACL ORG: HAF
EVT FACL.: HAF    ACC LEV: HAF  1 MXR  1          RESP DUE:  TUE  10-16-2018
ABSTRACT.: LOCKDOWN COMPLAINT
STATUS DT: 10-05-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-26-2018
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 006 OF        *              FULL SCREEN FORMAT              *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: MXR
REMEDY ID: 954741-R1      SUB1: 25EM SUB2:      DATE RCV:   11-01-2018
UNT  RCV..:L1            QTR RCV.: L02-201L     FACL RCV: HAF
UNT  ORG..:L1            QTR ORG.: L02-201L     FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:  HAF  1 MXR  1          RESP DUE:  SAT  12-01-2018
ABSTRACT.: COMMISSARY SPENDING LIMIT
STATUS DT: 11-29-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-09-2018
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: MXR
REMEDY ID: 954743-R1      SUB1: 25CM SUB2:      DATE RCV:   11-01-2018
UNT  RCV..:L1            QTR RCV.: L02-201L     FACL RCV: HAF
UNT  ORG..:L1            QTR ORG.: L02-201L     FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:  HAF  1 MXR  1          RESP DUE:  MON  12-31-2018
ABSTRACT.: LOCKDOWN COMPLAINT
STATUS DT: 12-20-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-09-2018
REMARKS..:












G0002       MORE PAGES TO FOLLOW . . .
```

```
    SERAT            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
  PAGE 007 OF        *              FULL SCREEN FORMAT              *      16:28:08


  REGNO: 09546-029 NAME: GATENA, MICHAEL
  RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L    RCV OFC: HAF
  REMEDY ID: 1018276-F1      SUB1: 25ZM SUB2:   DATE RCV:    05-08-2020
  UNT  RCV..:L1            QTR RCV.: L02-214L    FACL RCV: HAF
  UNT  ORG..:L1            QTR ORG.: L02-214L    FACL ORG: HAF
  EVT FACL.: HAF    ACC LEV: HAF  1                    RESP DUE:   THU  05-28-2020
  ABSTRACT.: REQ. TOILET PAPER
  STATUS DT: 05-22-2020  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-08-2020
  REMARKS..:




  REGNO: 09546-029 NAME: GATENA, MICHAEL
  RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L    RCV OFC: RCH
  REMEDY ID: 1120566-F1      SUB1: 25ZM SUB2:   DATE RCV:    05-17-2022
  UNT  RCV..:WC2           QTR RCV.: B03-214L    FACL RCV: RCH
  UNT  ORG..:WC2           QTR ORG.: B03-214L    FACL ORG: RCH
  EVT FACL.: RCH    ACC LEV: RCH  1                    RESP DUE:   MON  06-06-2022
  ABSTRACT.: MASS PUNISHMENT
  STATUS DT: 05-20-2022  STATUS CODE: CLO STATUS REASON: WDN
  INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-17-2022
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-25-2025
PAGE 008 OF        *              FULL SCREEN FORMAT              *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                 QTR.: A04-400L   RCV OFC: RCH
REMEDY ID: 1131564-F1     SUB1: 25ZM SUB2:       DATE RCV:   08-25-2022
UNT  RCV..:WC2          QTR RCV.: B02-107L       FACL RCV: RCH
UNT  ORG..:WC2          QTR ORG.: B02-107L       FACL ORG: RCH
EVT FACL.: RCH    ACC LEV:  RCH  1                     RESP DUE:   WED  09-14-2022
ABSTRACT.: MASS PUNISHMENT
STATUS DT: 09-01-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-25-2022
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                 QTR.: A04-400L   RCV OFC: NCR
REMEDY ID: 1131564-R1     SUB1: 25ZM SUB2:       DATE RCV:   09-16-2022
UNT  RCV..:WC2          QTR RCV.: B02-107L       FACL RCV: RCH
UNT  ORG..:WC2          QTR ORG.: B02-107L       FACL ORG: RCH
EVT FACL.: RCH    ACC LEV:  RCH  1                     RESP DUE:
ABSTRACT.: MASS PUNISHMENT
STATUS DT: 12-21-2022  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:            RCT:  EXT:   DATE ENTD: 09-27-2022
REMARKS..: CAN'T FILE ON BEHALF OF OTHER INMATES. WILL VOID AND
           REJECT, SEE 1131564-R2.




G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-25-2025
PAGE 009 OF        *             FULL SCREEN FORMAT           *       16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: NCR
REMEDY ID: 1131564-R2     SUB1: 25ZM SUB2:    DATE RCV:   09-16-2022
UNT  RCV..:WC2            QTR RCV.: B02-107L   FACL RCV: RCH
UNT  ORG..:WC2            QTR ORG.: B02-107L   FACL ORG: RCH
EVT FACL.: RCH    ACC LEV: RCH  1                 RESP DUE:
ABSTRACT.: MASS PUNISHMENT
STATUS DT: 12-21-2022  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-21-2022
REMARKS..: CAN'T FILE ON BEHALF OF OTHER INMATES.




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: BOP
REMEDY ID: 1131564-A1     SUB1: 25ZM SUB2:    DATE RCV:   01-18-2023
UNT  RCV..:WC2            QTR RCV.: B03-229L   FACL RCV: RCH
UNT  ORG..:WC2            QTR ORG.: B02-107L   FACL ORG: RCH
EVT FACL.: RCH    ACC LEV: RCH  1                 RESP DUE:
ABSTRACT.: MASS PUNISHMENT
STATUS DT: 01-30-2023  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-30-2023
REMARKS..: MAKE CORRECTIONS AND RESUBMIT TO REGION












G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-25-2025
PAGE 010 OF        *               FULL SCREEN FORMAT             *     16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: RCH
REMEDY ID: 1157374-F1     SUB1: 25ZM SUB2:    DATE RCV:    04-10-2023
UNT  RCV..:WC2         QTR RCV.: B03-230L     FACL RCV: RCH
UNT  ORG..:WC2         QTR ORG.: B03-230L     FACL ORG: RCH
EVT FACL.: RCH    ACC LEV:  RCH  1                  RESP DUE:  SUN  04-30-2023
ABSTRACT.: TAILS PROGRAM
STATUS DT: 04-21-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 04-10-2023
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP              QTR.: A04-400L   RCV OFC: TOM
REMEDY ID: 1195003-F1     SUB1: 25ZC SUB2:    DATE RCV:    04-02-2024
UNT  RCV..:8 SCP       QTR RCV.: M02-008L     FACL RCV: TOM
UNT  ORG..:8 SCP       QTR ORG.: M02-008L     FACL ORG: TOM
EVT FACL.: TOM    ACC LEV:  TOM  1 NCR  1           RESP DUE:  MON  04-22-2024
ABSTRACT.: COMPLAINT ABOUT RESTRICTIONS PLACED ON CAMP
STATUS DT: 04-15-2024  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 04-02-2024
REMARKS..:












G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERAT              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-25-2025
PAGE 011 OF           *               FULL SCREEN FORMAT               *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: NCR
REMEDY ID: 1195003-R1      SUB1: 25ZC SUB2:     DATE RCV:    05-03-2024
UNT  RCV..:8 SCP         QTR RCV.: M02-008L     FACL RCV: TOM
UNT  ORG..:8 SCP         QTR ORG.: M02-008L     FACL ORG: TOM
EVT FACL.: TOM    ACC LEV:  TOM  1 NCR  1            RESP DUE:  TUE  07-02-2024
ABSTRACT.: COMPLAINT ABOUT RESTRICTIONS PLACED ON CAMP
STATUS DT: 07-30-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-06-2024
REMARKS..:




REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: TOM
REMEDY ID: 1208984-F1      SUB1: 21AC SUB2:     DATE RCV:    08-13-2024
UNT  RCV..:8 SCP         QTR RCV.: Z01-046LAD   FACL RCV: TOM
UNT  ORG..:8 SCP         QTR ORG.: Z01-046LAD   FACL ORG: TOM
EVT FACL.: TOM    ACC LEV:                           RESP DUE:
ABSTRACT.: APPEAL UDC - NO IR NUMBER
STATUS DT: 08-13-2024  STATUS CODE: REJ STATUS REASON: MSI RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-13-2024
REMARKS..: MUST PROVIDED IR OR IR NUMBER
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 SERAT          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-25-2025
PAGE 012 OF 012 *            FULL SCREEN FORMAT            *      16:28:08


REGNO: 09546-029 NAME: GATENA, MICHAEL
RSP OF...: ATL UNT/LOC/DST: 1 GP                QTR.: A04-400L   RCV OFC: NCR
REMEDY ID: 1209748-R1     SUB1: 20DM SUB2:      DATE RCV:   08-19-2024
UNT  RCV..:8 SCP       QTR RCV.: Z01-046LAD     FACL RCV: TOM
UNT  ORG..:8 SCP       QTR ORG.: Z01-046LAD     FACL ORG: TOM
EVT FACL.: TOM    ACC LEV:                      RESP DUE:
ABSTRACT.: DHO APPEAL (CODES 203, 307, 312) IR#3973512
STATUS DT: 08-20-2024  STATUS CODE: REJ STATUS REASON: DHO DHR ONE
INCRPTNO.: 3973512  RCT:   EXT:   DATE ENTD: 08-20-2024
REMARKS..: DHO HEARING 8-6-24 YOU HAVE NOT RECEIVES DHO REPORT
           YOU MAY APPEAL WITHIN 20DAYS AFTER RECEIVE REPORT
           ONLY ONE 8.5X11 CONT PAGE ALLOWED TEXT FRONT ONLY




           21 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3973512 |
|---|---|---|
| | | Reg#: 09546-029 |
| Dept. of Justice / Federal Bureau of Prisons | | GATENA, MICHAEL |

| Institution: **THOMSON FCI** | Incident Report Number: **3973512** | |
|---|---|---|
| NAME OF INMATE: **GATENA, MICHAEL** | REG.NO.: **09546-029** | UNIT: **8 SCP** |
| Date of Incident Report: **07-31-2024** | Offense Code(s): 203 307 312 | |
| Date of Incident: **07-31-2024** | | |

Summary of Charges:

**203 -- THREATENING BODILY HARM. 312 -- BEING INSOLENT TO STAFF MEMBER. 307 -- REFUSING TO OBEY AN ORDER.**

---

I.    NOTICE OF CHARGE(S)

A.    Advanced written notice of charge (copy of Incident Report) was given to inmate on **07-31-2024**    at **1715 hrs**    (by staff member) **C. WILLIAMS**

B.    The DHO Hearing was held on **08-06-2024**    at **1030 hrs**

C.    The inmate was advised of the rights before the DHO by (staff member):
**K. Avery**    on    **08-02-2024**

and a copy of the advisement of rights form is attached.

D.    Delay in Process    **None**

---

II.    STAFF REPRESENTATIVE

A.    Inmate waived right to staff representative:    [Yes] **X**    [No] _

B.    Inmate requested staff representative and
**NA**    appeared.

C.    Staff Representative's Statement:
**NA**

D.    Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:
**NA**

E.    Staff representative **NA**    was appointed.

---

III.    PRESENTATION OF EVIDENCE

A.    Inmate ( ) admits    ( **X** ) denies the charge(s).

B.    Summary of Inmate Statement:
**I didn't threaten him at all. I asked him how to appeal and he went off on me.**



BP-A0304   **DISCIPLINE HEARING OFFICER REPORT**   IR#: 3973512
                                                    Reg#: 09546-029

Dept. of Justice / Federal Bureau of Prisons     GATENA, MICHAEL

---

C.   Witnesses

---

1.   The inmate waived right to witnesses.   [Yes] **X**      [No]  _

---

2.   The following persons were called as witness at this hearing and appeared
     (Each witness name and statement listed below):
     **NA**

---

3.   The following persons requested were not called for the reason(s) given
     (Each witness name and statement listed below):
     **NA**

---

4.   Unavailable witnesses were requested to submit written statements and
     those statements received were considered (Each witness name and
     statement listed below):
     **NA**

---

D.   Documentary Evidence. In addition to the Incident Report and
     Investigation, the DHO considered the following documents:
     **Incident Report -- (BP-A288)**
     **Incident Report - Staff Memorandums -- (BOP-IRMEM)**

---

E.   Confidential information was used by DHO in support of his findings, but
     was not revealed to the inmate. The confidential information was documented
     in a separate report. The confidential information has been (confidential
     informants have been) determined to be reliable because:
     **NA**

---

IV.   FINDINGS OF THE DHO
      **X**  A. The act was committed as charged.   _  C. No prohibited act was committed:
      _  B. The following act was commmitted:          Expunge according to inmate
                                                        discipline PS.
      _____

---

V.    SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
      written documents, etc.)
      **Your due process rights were reviewed with you by the DHO at the time of the hearing. You stated
      you understood your rights and provided no documentary evidence. You requested no witnesses.
      The processing of this incident report is procedurally sound; therefore, it is acceptable to process
      at the DHO level. The DHO noted you requested SOS J. Sodergren as a staff representative. The
      DHO informed you that this staff member was a witness to the incident and had provided a
      memorandum stating what they witnessed, and were therefore prohibited by policy from being your
      staff representative. You acknowledged understanding this and further clarified that the only
      reason you gave their name is that they were there for the incident. You declined the offer of an
      alternative staff representative.**

      **The DHO finds you committed the prohibited acts of Threatening Bodily Harm, code 203. The
      specific evidence relied on includes the reporting officer's incident report. B. Schmidt**

---

Prescribed by P5270                          Replaces BP-304(52) of Jan 88



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3973512 |
| | | Reg#: 09546-029 |
| Dept. of Justice / Federal Bureau of Prisons | | GATENA, MICHAEL |

reports, "On 07/31/2024 at approximately 1020 AM in the unit team area of the camp inmate GATENA, MICHAEL, Reg. No. 09546-029 was called into the office to conduct his UDC hearing for incident report 3972861. I Counselor Schmidt, handed inmate Gatena his incident report and asked him if he wanted to make any statements. Inmate Gatena made his statement about the incident report. I explained to inmate Gatena that he would be receiving 45 days loss of phone. Inmate Gatena looked at me and said "No" and shook his head. I then told inmate Gatena to leave the office and inmate Gatena refused and stepping towards the desk in an aggressive posture with a closed fist. He said "I got you fucker". I stood up and told inmate Gatena to "get out of my office" Inmate Gatena refused to move and said "No". I then escorted Gatena out of my office. Gatena was screaming and shouting "Fuck you and this is so fucked up" the whole way out of the unit team area. Sodergren then finished escorting inmate Gatena out of the unit team area. Lt. Dukett was called and Gatena was taken to the FCI to the Lieutenants Office. Inmate Gatena, M. Reg. No. 09546-029, was identified by his inmate ID and Bed Book."

The DHO considered your statement to the investigating officer. You stated, This is not true at all. I only asked him, how do I appeal it, and that I would like to speak to a Lieutenant."

The DHO considered your statement to the UDC. You stated, "I did not threaten him, I said I wanted to appeal the sanction for the other incident report. I wouldn't say something threatening to a staff member. I asked for a LT. because I felt I was being treated unfairly."

At your DHO hearing you stated, I didn't threaten him at all. I asked him how to appeal and he went off on me."

You deny the charges brought against you in all three statements; however, you did not provide exculpatory evidence and have every reason to lie to avoid the consequences of the charge. Although your denial is taken into consideration, the lack of exculpatory evidence adds weight to the incident report.

The DHO considered a staff memorandum from SOS J. Sodergren which stated, "On Wednesday, July 31, 2024, at approximately 10:20am, Inmate Gatena #09546-029 was in the Camp Unit Team area for his UDC hearing . Counselor Schmidt conducted the UDC hearing and informed inmate Gatena he would be receiving a sanction of 45 days loss of phone. Inmate Gatena told Counselor Schmidt "no". Counselor Schmidt told inmate Gatena to leave the office. Inmate Gatena refused and stepped towards the desk in an aggressive manner with his fist clinched and said, "I got you fucker". Counselor Schmidt once again ordered inmate Gatena to leave the office. Counselor Schmidt walked around the desk and escorted inmate Gatena out of the Camp Unit Team Area. Inmate Gatena was shouting "this is fucked up" and "Fuck You" as he left the Unit Team office. I finished escorting Gatena away from the unit team hallway. Lt. Duckett was notified, and Inmate Gatena was taken to the Lieutenants office."

The DHO considered a staff memorandum from Unit Secretary B. OConnell which stated, "On Wednesday, July 31, 2024 at approximately 10:20am, Inmate Gatena #09546-029 was in the Camp Unit Team office receiving his UDC by Counselor Schmidt and Counselor Venard . When given his UDC hearing Counselor Schmidt asked Inmate Gatena if he wanted to make a statement. Inamte Gatena made his statement about the incident report. Counselor Schmidt explained to Inmate Gatena that he would receive 45 days loss of phone. Inmate Gatena then told Counselor Schmidt "no". Counselor Schmidt told Inmate Gatena to get out of the office. Inmate Gatena refused and stepped towards Counselor Schmidts desk in an aggressive manner with a closed fist.Counselor Schmidt stood up and again told Inmate Gatena to "get out of the office", Inmate Gatena refused to move and said "no" again. Counselor Schmidt walked around the desk and escorted Inmate Gatena out of the Camp Unit Team office . Inmate Gtaena was screaming and shouting "this is so fucked" and "fuck you" as he left the Unit Team office. Officer Snodergren finished escorting Inmate Gatena out of the Unit Team hallway. Counselor Schmidt then called Lt . Duckett and Inmate Gatena was taken to the FCI to the Leuitents office."



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3973512 |
|---|---|---|
| | | Reg#: 09546-029 |
| Dept. of Justice / Federal Bureau of Prisons | | GATENA, MICHAEL |

**After careful consideration, the DHO found you committed the prohibited acts of Threatening Bodily Harm, code 203, and Insolence, code 312, and Refusing orders, code 307 based on the greater weight of the evidence as presented above. Specifically, the reporting officer's incident report, and your lack of defense to the UDC, investigating officer, and DHO.**

VI.   SANCTION OR ACTION TAKEN

**203 (FREQ 1) - DIS GCT 27 DAYS, 203 (FREQ 1) - LP COMM 60 DAYS (SUSPEND 180 DAYS), 307 (FREQ 1) - LP VISIT 60 DAYS (SUSPEND 180 DAYS), 312 (FREQ 1) - LP MPLAYER 30 DAYS (SUSPEND 180 DAYS)**

When imposing a sanction of Disciplinary Segregation (DS), The Discipline Hearing Officer considered the time served as a primary means when calculating your sanction of (DS). This may not always be a viable option, due to concerns related to the safety of staff, safety of inmates or safety and security of the institution.

VII.   REASON FOR SANCTION OR ACTION TAKEN

**The action on the part of any inmate to make any sort of threat, direct or implied, towards any person poses a threat to the health, safety, and welfare of not only the person involved, but that of all other inmates and staff. In the past, evidence has clearly shown threats to be carried out by inmates, or other inmates who may have witnessed the threat being made. This type of action/behavior cannot and will not be tolerated from any inmate.**

**The Disallowance of Good Conduct Time was imposed to comply with mandatory sanctioning guidelines. The loss of privileges was imposed to let you know that you, and you alone will be always held responsible for your actions/behavior. It is the hope of the DHO that these sanctions will serve to deter you from future misconduct.**

VIII.   APPEAL RIGHTS:  **X**   The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| **S. BRUCE** | **S. BRUCE** | **04-30-2025** |

DHO Report Delivered to Inmate by:

| **Moore** | **Moore** | **05-01-2025 1321 hrs** |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.